Kenneth C Brooks SBN (167,792)
Law Office of Kenneth Brooks
125 East Sunnyoaks Ave, Suite 103
Campbell, CA 95008
Tel: 408-368-7997
Fax: 877-730-4315
kcb@brookspatents.com
Relator

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES ex rel.<br><br>Kenneth C. Brooks,<br><br>Relator,<br><br>vs.<br><br>Proctor & Gamble Manufacturing Company,<br><br>Defendant. | **Case No.: C 10-04089 SBA**<br><br>**[PROPOSED] ORDER GRANTING RELATOR'S EX PARTE REQUEST TO ENLARGE TIME SET FORTH IN THE EXISTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Judge: Honorable Saundra B. Armstrong |

 Having considered Relator's request to enlarge time and the Declaration of Kenneth C. Brooks and supporting documents in support thereof, the Court finds that the request should be granted for the reasons stated in Relator's Request.

 NOW, THEREFORE, IT IS HEREBY ORDERED THAT Relator's request to enlarge time set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 2) ("CMC Order") by sixty (60) days is GRANTED. The deadlines in the CMC Order shall be extended by sixty (60) days, with the exception of the deadline for filing a joint Case Management Conference

1

**[PROPOSED] ORDERD GRANTING RELATOR'S EX PARTE APPLICATION TO ENLARGE TIME IN THE EXISTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

Statement, which is set forth in this Order.  The January 6, 2011 case management conference is CONTINUED to April 21, 2011 at 2:45 p.m. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

   IT IS SO ORDERED.

Dated: December 28, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

[PROPOSED] ORDERD GRANTING RELATOR'S EX PARTE APPLICATION TO ENLARGE TIME IN THE EXISTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDERD GRANTING RELATOR'S EX PARTE APPLICATION TO ENLARGE TIME IN THE EXISTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**