```
Kenneth C Brooks SBN (167,792)
Law Office of Kenneth Brooks
125 East Sunnyoaks Ave, Suite 103
Campbell, CA 95008
Tel: 408-368-7997
Fax: 877-730-4315
kcb@brookspatents.com
Relator
```

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES ex rel.<br><br>    Kenneth C. Brooks,<br><br>        Relator,<br><br>    vs.<br><br>Proctor & Gamble Manufacturing Company,<br><br>        Defendant. | **Case No.: C 10-04089 SBA**<br><br>~~[PROPOSED]~~ **ORDER GRANTING REQUEST FOR DEFENDANT TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>Judge: Honorable Saundra B. Armstrong |

    Having considered THE STIPULATED REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO RELATOR'S FIRST AMENDED COMPLAINT and the Declaration of Kenneth C. Brooks and supporting documents in support thereof, the Court finds that the request should be granted for the reasons stated in The Stipulated Request.

    NOW, THEREFORE, IT IS ORDERED THAT the time for Defendant to file its Response to the First Amended complaint in this case is extended by sixty (60) days to April 3, 2011.

    SO ORDERED.

_____                                               ._____.

1

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO RELATOR'S FIRST AMENDED COMPLAINT**

1    Dated: 2/2/11                    *Saundra B. Armstrong*
                                      Honorable Saundra B. Armstrong
                                      UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO RELATOR'S FIRST AMENDED COMPLAINT