Kenneth C. Brooks (SBN167792) (kcb@brookspatents.com)
LAW OFFICE OF KENNETH C. BROOKS
125 East Sunnyoaks Avenue, Suite 103
Campbell Park, California 95118
Telephone: 408-368-7997
Facsimile: 877-730-4315

Attorney for Relator
Kenneth C. Brooks

Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900
jfroyd@jonesday.com

Attorney for Defendant
The Procter & Gamble Manufacturing Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES ex rel. Kenneth C. Brooks,<br><br>　　　　Relator,<br><br>　v.<br><br>THE PROCTER & GAMBLE MANUFACTURING COMPANY,<br><br>　　　　Defendant. | Case No. C 10-04089 SBA<br><br>**STIPULATED ORDER OF DISMISSAL** |

The parties, Relator Kenneth Brooks, and Defendant The Procter & Gamble Manufacturing Company, by counsel, hereby stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to the dismissal of all claims against The Procter & Gamble Manufacturing Company in the lawsuit captioned above, with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO AGREED AND STIPULATED.**

Dated: February 7, 2011       JONES DAY

                              By:     /s/ Jane L. Froyd
                                      Jane L. Froyd

                              Attorney for Defendant
                              The Procter & Gamble Manufacturing
                              Company

Dated: February 7, 2011       Kenneth C. Brooks, Relator

                              By:     /s/ Kenneth C. Brooks
                                      Kenneth C. Brooks

I attest that concurrence in the filing of this document has been obtained from Jane L. Froyd.

Dated: February 7, 2011       Kenneth C. Brooks, Relator

                              By:     /s/ Kenneth C. Brooks
                                      Kenneth C. Brooks

SO ORDERED:

  3/1/11                      _Saundra B. Armstrong_
Date                          The Honorable Saundra B. Armstrong
                              United States District Court Judge